**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00983-CV

**MEREDITH HICKS-CAPLETON DBA GEMSTONE MANAGEMENT AND CONSULTING, LLC, Appellants**

**V.**

**DESOTO CHAMBER OF COMMERCE, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-05372-D**

## ORDER

Before the Court is appellant's December 4, 2014, motion to extend deadline for production of clerk and court reporter's record. In its motion, appellant requests ninety days to pay for the reporter's and clerk's records. We **GRANT** appellant's request to the extent that we extend the time to pay for or make arrangements to pay for the records for **THIRTY DAYS**. Appellant shall provide this Court with written proof of payment or arrangements to pay for the reporter's and clerk's records within **THIRTY DAYS** of the date of this order. The reporter's and the clerk's records shall be due **THIRTY DAYS** after appellant provides written proof of

payment or arrangements to pay for the records.

/s/    CRAIG STODDART
       JUSTICE